1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANNY RAVIART,

11              Petitioner,                    No. CIV S-03-0164 MCE EFB P

12         vs.

13   JAMES YATES, Warden,                      <u>ORDER</u>

14              Respondent.

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19              On August 31, 2007, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within fourteen days.  Petitioner

22   has filed objections to the findings and recommendations.

23              In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed August 31, 2007, are adopted in full; and

2.  Petitioner's application for a writ of habeas corpus is denied.

Dated:  September 28, 2007

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2