IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANNY RAVIART,                             No. 03-cv-00164-MCE-EFB P

    Petitioner,

  vs.                                      <u>ORDER</u>

JOSEPH MCGRATH,

    Respondent.

_____/

    Petitioner is a state prisoner without counsel appealing this court's order denying his application for a writ of habeas corpus.  *See* 28 U.S.C. §§ 2253, 2254.  He seeks leave to proceed *in forma pauperis* in his appeal. *See* 28 U.S.C. § 1915(a).

    The Court finds that petitioner has made the showing required by section 1915(a).

*///*

*///*

*///*

*///*

1  Accordingly, it is ORDERED that plaintiff's October 23,
2  2007, application for leave to proceed *in forma pauperis* is
3  GRANTED.

Dated: December 11, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE